UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.* <br><br> Respondents. | Case No. C21-620-RAJ <br><br> ORDER DISMISSING FEDERAL HABEAS PETITION |

The Court, having reviewed Petitioner's petition for writ of habeas corpus under 28 U.S.C. § 2241, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, objections, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's application to proceed *in forma pauperis* (dkt. # 1) is DENIED and this action is DISMISSED without prejudice.

(3) The Clerk shall send copies of this Order to Petitioner and to Judge Peterson.

DATED this 28th day of October, 2021.

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING FEDERAL
HABEAS PETITION - 1